Matthew P. Minser, Esq. (SBN 296344)
Valarie C. Grossman, Esq. (SBN 326288)
SALTZMAN & JOHNSON LAW CORPORATION
5100-B1 Clayton Road, Ste 373
Concord, CA 94521
Telephone: (510) 906-4710
Email: mminser@sjlawcorp.com
Email: vgrossman@sjlawcorp.com

Attorneys for Plaintiffs, Operating Engineers'
Health And Welfare Trust Fund, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CONCRETE AGGREGATE PRODUCTS, INC., a California Corporation; CLINTON B. ROBISON, an individual, <br><br> Defendants. | Case No.: 4:23-cv-03351-HSG <br><br> **REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; ORDER THEREON (as modified)** <br> Date:        January 2, 2024 <br> Time:        2:00 pm <br> Location:   via Telephone <br> Judge:       Hon. Haywood S. Gilliam, Jr. |

      Plaintiffs hereby respectfully request that the Case Management Conference, currently on calendar for January 2, 2024, be continued to approximately sixty (60) to ninety (90) days. Good cause exists for the granting of the continuance as follows:

      1.    Plaintiffs filed this action against Concrete Aggregate Products, Inc., a California Corporation, and Clinton B. Robinson, an Individual on July 5, 2023 for: failure to comply with an audit of their payroll records; failure to report and pay fringe benefit contributions, plus liquidated damages, interest, attorneys' fees and costs. (Dkt. No. 1.) The Court issued the Summons on July 6, 2023. (Dkt. No. 7.) Based on the Complaint being filed on July 5, 2023, the deadline to serve Defendants with the Summons and Complaint was October 3, 2023.

    2.    Following issuance of the Summons, Plaintiffs made the following efforts to serve Defendants:

- The corporate Defendant listed Clinton B. Robison (also the individual Defendant) as their agent for service of process with an address of 6 Beryl Lane Weaverville, CA 96093. Plaintiffs made multiple attempts to serve this address through their process server First Legal. First Legal ultimately noted that the address does not exist on the street Beryl Lane;

- First Legal attempted service at the business location for the corporate Defendant: 320 Industrial Parkway, Weaverville, CA 96093. First Legal was not able to serve Defendants at this address;

- Plaintiffs' Counsel performed a Lexis search for individual Defendant Clinton B. Robison and located an address of 801 Browns Ranch Rd., Weaverville, CA 96093. First Legal made contact with the occupant of this residence, who noted that Defendant Robison does own the property, but that the property is currently a rental and that the occupant is Defendant Robison's tenant;

- Plaintiffs' Counsel then re-reviewed the 6 Beryl Lane address listed with the California Secretary of State. After research using Google Maps, Plaintiffs' Counsel noted that the address should actually be <u>64</u> Beryl Lane rather than 6 Beryl Lane as listed with the California Secretary of State. Plaintiffs' Counsel requested that First Legal reattempt service at the 64 Beryl Lane address. First Legal made contact with an occupant at the property on September 8, 2023 who stated that he is Defendant Robison's former business partner and that the property is vacant and currently used as an Air BnB rental. The individual who identified himself as Defendant Robison's former business partner then indicated that Mr. Robison now lives in Redding, CA;

- On September 11, 2023, using the information gathered on September 8, 2023, First Legal developed a new address for Clinton B. Robison of 2997 Nicolet Lane,

Redding, CA using Intelius research. First Legal also reported that Defendant Robison had attempted to call the process server and had left voice messages indicating he is in Bozeman Montana and will be returning that same week. First Legal indicated that they would call Defendant Robison back to attempt to request that he meet the process server to accept service.

- As of September 21, 2023, First Legal had not heard back from defendant Robison. On September 21, 2023 Plaintiffs' Counsel requested that First Legal attempt service at the 2997 Nicolet Lane, Redding, CA address.

- On September 25, 2023, First Legal reported that on the 3rd attempt the documents were sub-served to Defendant Robison's son-in-law, "Kenny" who stated Clinton does not live there, but that he would get the documents to him. "Kenny" would not provide the process server with Defendant Robison's new address. Based on this substituted service, First Legal prepared a Proof of Service.

3. Following service on September 24, 2023, on September 25, 2023, Defendant Robison contacted Plaintiffs' Counsel. He acknowledged that he had received the service packet and wished to discuss complying with the demanded audit of Defendants' payroll records and reaching a resolution regarding the lawsuit.

4. In addition, on September 25, 2023, Defendants also contacted the Plaintiff Trust Funds' Auditor regarding the documents needed for compliance with the audit of their payroll records. On September 25, 2023 the Plaintiff Trust Funds' Auditor confirmed that an audit appointment was scheduled.

5. On October 11, 2023, the Trust Funds' Auditor confirmed that the audit was to be conducted electronically. However, as of December 11, 2023, the Trust Fund Auditors have confirmed that no documents needed to complete the audit have been received from Defendants.

6. Given Defendants' failure to file a responsive pleading or comply with the audit, Plaintiffs filed their request for entry of default on December 18, 2023. (Dkt. No.18.) The Clerk entered default as to Defendants on December 19, 2023. (Dkt. No. 19.) Plaintiffs served Defendant with a copy of the

Clerk's Notice of Entry of Default, and a proof of Service of same was filed with the Court on December 19, 2023. (Dkt. No. 20.)

7. Plaintiffs will now proceed with preparing a Motion for Default Judgment which they anticipate filing within the next 60 days or less.

8. Therefore, there are no issues that need to be addressed by the parties at the currently scheduled Case Management Conference. In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Court continue the currently scheduled Case Management Conference for approximately sixty (60) to ninety (90) days to allow time for Plaintiffs to prepare and file their Motion for Default Judgment.

Respectfully submitted,

DATED: December 19, 2023

SALTZMAN & JOHNSON LAW CORPORATION

By: _____/S/_____
Matthew P. Minser
Valarie C. Grossman
Attorneys for Plaintiffs, Operating Engineers' Health and Welfare Trust Fund, et al.

**IT IS SO ORDERED.**

The currently set Telephonic Case Management Conference is hereby continued to March 5, 2024 at 2:00 p.m., and all previously set deadlines and dates related to this case are continued accordingly. The dial-in information and instructions remain the same as previously provided in docket no. 10.

DATED: 12/20/2023

_____
Honorable Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT JUDGE